GEORGIA B. DICKINSON, as Administratrix of the Estate of FRANK L. DICKINSON, Deceased, Respondent, *v.* THOMAS C. PLATT, as President of the United States Express Company, Appellant.

*Dickinson* v. *Platt*, 122 App. Div. 899, affirmed.
(Argued January 11, 1909; decided January 26, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 3, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of the plaintiff's intestate alleged to have occurred through the negligence of an employee of defendant.

*A. H. Cowie* for appellant.

*Walter W. Magee* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.